```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION
```

GENERAL ELECTRIC CAPITAL
CORPORATION                                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:05CV251LN

WATERMAN CHAPTER SERVICE, INC.,
CHARLESTIN WATERMAN and NATHANIEL
WATERMAN                                                       DEFENDANTS

### MINUTE ENTRY ORDER

In view of the fact that the defendants in this case have filed for bankruptcy and all presently contemplated proceedings in this case have been stayed by the Bankruptcy Court, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the clerk is instructed to submit a JS-6 Form to the administrative office.

Nothing contained in this minute entry order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party may initiate proceedings in the same manner as if this minute entry order had not been entered.

SO ORDERED this the 4th day of April, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE